UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAD MINNICK, et. al., | CASE NO. C09-912-MJP |
| Plaintiffs, | DISMISSAL ORDER |
| v. | |
| CLEARWIRE US LLC, et. al. | |
| Defendants. | |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. The clerk is ordered to provide copies of this order to all counsel.

Dated December 11, 2013.

Marsha J. Pechman
Chief United States District Judge

DISMISSAL ORDER- 1